# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

151016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SPARTAN STORES, INC. and FAMILY FARE, LLC,

        Petitioners-Appellees,

v

        SC: 151016
        COA: 314669
        Michigan Tax Tribunal:
        00-397618

CITY OF GRAND RAPIDS,

        Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 30, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. This denial is without prejudice to the ability of the City of Grand Rapids to raise a challenge, on remand, to whether the Tax Tribunal's jurisdiction was timely invoked, where Family Fare, LLC did not file the initial petition, but was added as copetitioner at a later date.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



Clerk

t1118